AO 120 (Rev. 2/97)

| TO: Commissioner of Patents and Trademarks Arlington, VA 22202 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court EDMO on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 4:03cv541 DJS | 4/28/03 | 111 S. 10th St, 3rd Fl, St Louis, MO 63102 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Biovail Laboratories | KV Pharmaceutical |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,529,791 | 6/25/96 | Biovail |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS GRANTED 9/23/03.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| JAMES G. WOODWARD | DAVID L. BRAUN | 10/17/03 |

Copy 1—Upon initiation of action, mail this copy to Commissioner    Cpy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy